IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY R. GILBERT, #143087, | : | |
| Plaintiff, | : | |
| vs. | : | CIV. ACT. NO. 1:18-cv-320-TFM-N |
| JESSICA MILLER, *et al*, | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is the Report and Recommendation filed by the Magistrate Judge (Doc. 11, filed 11/9/18) to which no objections were filed. After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint is **DISMISSED without prejudice** under 28 U.S.C. § 1915(e) and for lack of subject matter jurisdiction. A separate judgment will be entered.

**DONE** and **ORDERED** this 28th day of December, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE