# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ALEX DEMETRIUS MCMILLIAN, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO. 18-0369-TFM-N |
| MARY COOKS, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the Order entered this dated, it is **ORDERED, ADJUDGED**, and **DECREED** that McMillian's present action under 28 U.S.C. § 2254 is **DISMISSED with prejudice**. The Court further finds that McMillian is not entitled to a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 28th day of December, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE